# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL PIERCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NICK COLLINS, et al., ) <br> ) <br> Defendants. ) <br> ) | **Civil Action No.** <br> **18-10843-FDS** |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On June 4, 2018, the Court issued an order requiring *pro se* plaintiff Samuel Pierce to file an amended complaint. On June 27, 2018, Pierce filed a two-page document that he entitled "Amended Complaint." Notwithstanding its caption, the document appears to be election information in support of a gubernatorial candidate. It does not meet the requirement of a pleading.

Accordingly, for the reasons set forth in the Court's June 4, 2018 order and for Pierce's failure to comply with that order, the Court orders that this action be dismissed.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: June 28, 2018  United States District Judge